UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Shattuck Bancshares, Inc., and SNB Bank, N.A., | Case No.: 1:24-cv-24782-RAR |
| Plaintiffs, | |
| vs. | |
| Eric Hannelius, Michael Shvartsman, Oksana Moore, Karla Knight, Elena Popova, Justin Soulen, Bill My Bnk, LLC, BT Assets Group, Inc., EFT Business Services, LLC, EnComPay, Inc., Hannelius-Knight Family Trust, MG Family Trust, OST, LLC, Pepper Pay, LLC, Rocket Holdings, LLC, Salt Money, Inc., Skylight Business Services, LLC, Transact First, Inc., and Transaction Processing Services, Inc., | |
| Defendants. | |

## PLAINTIFFS SHATTUCK BANCSHARES, INC. AND SNB BANK, N.A.'S RULE 30 MOTION TO DEPOSE MICHAEL SHVARTSMAN AND INCORPORATED MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Plaintiffs move for leave of court to depose Defendant Michael Shvartsman.

1. Federal Rule of Civil Procedure 30(a)(2)(B) requires leave of court before Plaintiff can depose any individual inmate confined in prison.

2. Michael Shvartsman is a defendant in this case and a central figure in the Complaint's allegations.

3. Defendant Michael Shvartsman is an inmate confined in prison. He is in the custody of FCI Coleman Low correctional institution at 846 NE 54th Terrace, Sumterville, Florida 33521.

4. Defendant Michael Shvartsman's inmate register number is 66276-510.

5. Undersigned counsel for the Plaintiff seeks to take the deposition of Michael Shvartsman for the purpose of discovery, for use at trial, and for such other purposes as are permitted under

the rules of the Court, any applicable Court Orders, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence.

6.  The parties conferred regarding this motion. Counsel for Defendants has attempted to reach Mr. Shvartsman to determine whether he opposes the motion, but has been unable to reach him.

In light of the forgoing, and pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, the Plaintiff requests leave to take the deposition of Michael Shvartsman.

## MEMORANDUM OF LAW

Plaintiffs respectfully submit this memorandum supporting the underlying motion to depose Michael Shvartsman in compliance with Local Rule 7.1(c).

Shvartsman is a central defendant in the litigation. He is also confined in FCI Coleman Low correctional institution. His testimony will be crucial to advancing the litigation and proving the Plaintiffs' allegations. Federal Rule of Civil Procedure 30(a)(2)(B) requires Plaintiffs to seek leave of court to depose Shvartsman. Under that Rule, a "party must obtain leave of court, and the court must grant leave consistent with Rule 26(b)(1) and (2) … if the deponent is in prison." Fed. R. Civ. P. 30(a)(2)(B). "The Court … should permit the deposition of an incarcerated individual unless an objecting party can show why the deposition is impermissible." *Aviation Koncepts, Inc. v. Starr Indemnity & Liab. Co.*, 2019 WL 7708456, at *1 (S.D. Fla. Nov. 27, 2019 2019); *see also Shepard v. Alvarez*, 2009 WL 1871966, at *1 (S.D. Fla. June 26, 2009). This court should grant Plaintiffs' motion.

Dated:  April 10, 2025

    Eliot Pedrosa
**JONES DAY**
600 Brickell Avenue, Suite 3300
Miami, FL  33131
Telephone:  305-714-9700
Facsimile:  305-714-9799

By: */s/Eliot Pedrosa*
Eliot Pedrosa
Fla. Bar No. 182443
epedrosa@jonesday.com

Lawrence D. Rosenberg
**JONES DAY**
51 Louisiana Ave. N.W.
Washington, DC 20001
Telephone:  202-879-7622
Facsimile:  202-626-1700

By: */s/Lawrence D. Rosenberg*
Lawrence D. Rosenberg
ldrosenberg@jonesday.com
*Admitted Pro Hac Vice*

Christine E. Cheung
**JONES DAY**
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: 213-489-3939

By: */s/Christine E. Cheung*
Christine E. Cheung
cecheung@jonesday.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2025, a true and correct copy of the foregoing was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties on the service list.

                                                      */s/ Eliot Pedrosa*
                                                      Eliot Pedrosa, Esq.
                                                      ***Attorney for Plaintiffs***