UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Shattuck Bancshares, Inc., and SNB Bank, N.A., | Case No.: 1:24-cv-24782-RAR |
| Plaintiffs, | |
| vs. | |
| Eric Hannelius, Michael Shvartsman, Oksana Moore, Karla Knight, Elena Popova, Justin Soulen, Bill My Bnk, LLC, BT Assets Group, Inc., EFT Business Services, LLC, EnComPay, Inc., Hannelius-Knight Family Trust, MG Family Trust, OST, LLC, Pepper Pay, LLC, Rocket Holdings, LLC, Salt Money, Inc., Skylight Business Services, LLC, Transact First, Inc., and Transaction Processing Services, Inc., | |
| Defendants. | |

## JOINT STATUS UPDATE

Pursuant to the Court's May 13, 2025 Order (ECF No. 109), Plaintiffs Shattuck Bancshares, Inc. and SNB Bank, N.A. ("Plaintiffs" or "SNB") and Defendants Eric Hannelius, Michael Shvartsman, Oksana Moore, Karla Knight, Elena Popova, Justin Soulen, Bill My Bnk, LLC, BT Assets Group, Inc., EFT Business Services, LLC, EnComPay, Inc., Hannelius-Knight Family Trust, MG Family Trust, OST, LLC, Pepper Pay, LLC, Rocket Holdings, LLC, Salt Money, Inc., Skylight Business Services, LLC, Transact First, Inc., and Transaction Processing Services, Inc. ("Defendants" and together with Plaintiffs, the "Parties"), jointly submit the following status update:

1.  The parties inform the Court that as a result of the mediation that took place on May 7, 2025, the Parties have reached a settlement in the case and entered into a Binding Term Sheet.

2. The Parties are in the process of drafting a Settlement Agreement, which they expect to complete promptly.

3. As per the Parties' agreement, we expect all payments under the Settlement Agreement to be fully concluded by no later than July 7, 2025.

4. If that occurs, the Parties expect to file a Joint Motion for Entry of Agreed Order for Dismissal With Prejudice as to All Defendants no later than July 17, 2025.

Dated: May 14, 2025.

Eliot Pedrosa
**JONES DAY**
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: 305-714-9700
Facsimile: 305-714-9799

By: */s/Eliot Pedrosa*
Eliot Pedrosa
Fla. Bar No. 182443
epedrosa@jonesday.com

Lawrence D. Rosenberg
**JONES DAY**
51 Louisiana Ave. N.W.
Washington, DC 20001
Telephone: 202-879-7622
Facsimile: 202-626-1700

By: */s/Lawrence D. Rosenberg*
Lawrence D. Rosenberg
ldrosenberg@jonesday.com
*Admitted Pro Hac Vice*

Respectfully submitted,

Neil David Kodsi
**FELDMAN KODSI**
Datran Center
9100 S. Dadeland Blvd., Suite 1500
Miami, FL 33156
Telephone: 305-445-2005
Facsimile: 305-445-2889

By: */s/ Neil David Kodsi*
Neil David Kodsi
Fla. Bar No. 11255
nkodsi@feldmankodsi.com

*Attorney for Defendants*

Christine E. Cheung
**JONES DAY**
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: 213-489-3939

By: <u>*/s/Christine E. Cheung*</u>
Christine E. Cheung
cecheung@jonesday.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 14, 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

*/s/ Eliot Pedrosa*
Eliot Pedrosa
***Attorney for Plaintiffs***