UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-24782-RAR

**SHATTUCK BANCSHARES, INC.**, *et al.*,

    Plaintiffs,

v.

**ERIC HANNELIUS,** *et al.*,

    Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE AND REQUIRING
JOINT MOTION FOR ENTRY OF AGREED ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court on the Joint Status Update ("Update"), [ECF No. 110], filed on May 14, 2025, which indicates that the parties have reached a settlement in this case and entered into a Binding Term Sheet. Accordingly, the Court having carefully reviewed the Update, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file the appropriate dismissal documents **on or before July 17, 2025**.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. Defendants' Motion to Dismiss, [ECF No. 92], is **DENIED AS MOOT**. Any other pending motions are **DENIED AS MOOT** and any pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Miami, Florida, this 14th day of May, 2025.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**